1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   Quinn Crossing, LLC,                          No. 2:21-cv-01745-KJM-KJN

12                        Plaintiff,               ORDER

13        v.

14   Adriel Leddy, et al.,

15                        Defendants.

16

17        Defendant Adriel Leddy, who appears pro se, removed this unlawful detainer action from

18   Solano County Superior Court.  *See* Not. Removal, ECF No. 1.  Leddy has also moved to proceed

19   in forma pauperis.  *See* Mot., ECF No. 2.  The court has reviewed the complaint and notice of

20   removal and has determined on its own motion that it lacks subject matter jurisdiction.  This

21   action is thus **remanded** to the state court.

22        When a case "of which the district courts of the United States have original jurisdiction" is

23   initially brought in state court, a defendant may remove it to federal court.  28 U.S.C. § 1441(a).

24   There are two primary bases for federal subject matter jurisdiction.  First, under § 1331, district

25   courts have federal question jurisdiction over "all civil actions arising under the Constitution,

26   laws, or treaties of the United States."  28 U.S.C. § 1331.  Second, under § 1332, district courts

27   have diversity-of-citizenship jurisdiction where the amount in controversy exceeds $75,000 and

28   the parties are completely diverse.  28 U.S.C. § 1332.

1

1    Here, the parties are not diverse, and the complaint includes no claims arising under

2 federal law. *See generally* Compl., Notice of Removal Ex. A, ECF No. 1. Leddy argues this

3 court has federal question jurisdiction "because Defendant's demurrer . . . depend[s] on the

4 determination of Defendant's rights and Plaintiff's duties under federal law." *Id.* ¶ 10. Federal

5 question jurisdiction cannot rest upon an actual or anticipated defense or counterclaim. *Vaden v.*

6 *Discover Bank*, 556 U.S. 49, 60 (2009).

7    A federal district court may remand a case on its own motion where a defendant has not

8 established federal jurisdiction. *See* 28 U.S.C. § 1447(c); *Enrich v. Touche Ross & Co.*, 846 F.2d

9 1190, 1195 (9th Cir. 1988) (citing *Wilson v. Republic Iron & Steel Co.*, 257 U.S. 92, 97 (1921)).

10 This action is thus **remanded** to the Solano County Superior Court.

11    The motion to proceed in forma pauperis is **denied as moot**.

12    The Clerk's Office is directed to **close this case**.

13    IT IS SO ORDERED.

14  DATED:  September 28, 2021.

15

_____
CHIEF UNITED STATES DISTRICT JUDGE

2